COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-397-CR

RALPH ALEXANDER FORREST
 APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion For Voluntary Dismissal Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
 
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). 

PER CURIAM

PANEL: DIXON W. HOLMAN, J. (Senior Justice, Retired, Sitting by Assignment); GARDNER and WALKER, JJ. 

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: January 8, 2009
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.